COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| EVELYN GARZA, Individually and on Behalf of RUBEN ROBERTO GARZA, Deceased, MALORIE ELISSA GARZA, VALERIE MARIE GARZA, and ALICE HERNANDEZ GARZA, | § § § | No. 08-21-00044-CV |
| | | Appeal from the |
| Appellants, | § | 112th Judicial District Court |
| v. | | of Crockett County, Texas |
| RDL ENERGY SERVICES, LP, RDL ENERGY, LLC and JPH HOLDINGS, LLC, | § § | (TC# 19-02-07955-CV) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment finding that Adrian Darius Samuel was not in the course and scope of his employment at the time of the accident. We therefore reverse that part of the trial court's judgment. We affirm the motions for summary judgment as to the negligent entrustment claim for RDL Energy Services, LP, RDL Energy, LLC and JPH Holdings, LLC.

We further order that Appellants recover from Appellees and their sureties, if any, for performance of the judgment and all costs of appeal, for which let execution issue. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.